LEROY STULTS v. NEW JERSEY RACING COMMISSION.

September 26, 1988.

Petition for certification denied.

IN RE A.C.P.E. OPINION INDEX NO. 11–88(B).

September 26, 1988.

Petition for review denied.

STATE OF NEW JERSEY v. JOHN H. DEVLIN.

September 26, 1988.

Leave to appeal granted, the order of the Appellate Division is summarily reversed.

Jurisdiction is not retained.

KATHLEEN SIMON, ETC., ET AL. v. CNA INSURANCE COMPANY, ET AL.

September 27, 1988.

Petition for certification denied.   (See 225 *N.J.Super.* 606)